UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:09CV101-J

SANDRA COLLEY-NICHOLAS                                                                    PLAINTIFF

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security                                                           DEFENDANT

## MEMORANDUM OPINION AND ORDER

Plaintiff Sandra Colley-Nicholas seeks Supplemental Security Income Benefits which were denied by the Commissioner. This matter was referred to United States Magistrate Judge W. David King who recommends that the final decision of the matter be affirmed and the plaintiff's claim dismissed.

Plaintiff has filed a document entitled "Plaintiff's Objections to the Magistrate Judge's Report" wherein she "relies on the points and authority offered in her Fact and Law Summary." (DN 17). This pleading does not constitute an objection within the meaning of the statute and the civil rule, both of which require "specific written objection" to trigger de novo review. 28 U.S.C. Sec. 636(b)(1)(C) and Fed.R.Civ.P. 72(b). In Thomas v. Arn, 474 U.S. 140, 147 (1985), the Court explained that "[t]he filing of objections to a magistrate's report enables the district judge to focus attention on those issues--factual and legal--that are at the heart of the parties' dispute." If this Court took cognizance of a general objection and an attempt to incorporate other documents by reference, it would be participating in undermining the purposes of the Magistrate's Act. Neuman v. Rivers, 125 F.3d 315 (6th Cir.), cert. denied, 118 S.Ct. 631 (1997); Howard v. Secretary, 932 F.2d 505 (6th

Cir. 1991). Parties "who fail to make specific objections do so at their own peril." Cowherd v. Million, 380 F.3d 909, 914 (6th Cir. 2004).

Accordingly, the Magistrate Judge's Report is hereby adopted, and its findings and conclusions are incorporated by reference herein.

For the reasons stated herein, IT IS ORDERED:

1) The Magistrate Judge's Report and Recommendation is ADOPTED, and those findings and conclusions are incorporated by reference herein;

2) The final Decision of the Commissioner denying benefits is AFFIRMED; and

3) Plaintiff's Complaint is DISMISSED, with prejudice.

This is a final and appealable Memorandum Opinion and Order, and there is no just cause for delay.